1  Brian Brazier, Esq. (SBN: 245004)
   brian@pricelawgroup.com
2  **Price Law Group, APC**
   8245 N 85th Way
3  Scottsdale, AZ 85258
   T: (818) 600-5564
4  F: (818) 600-5464

5  L.Tegan Rodkey, Esq. (SBN: 275830)
   tegan@pricelawgroup.com
6  **Price Law Group, APC**
   6345 Balboa Blvd., Suite 247
7  Encino, CA 91316
   T: (818) 600-5526
8  F: (818) 600-5426

9  *Attorneys for Plaintiff Aimee Aquitania*

10

11

12               **UNITED STATES DISTRICT COURT**

13               **CENTRAL DISTRICT OF CALIFORNIA**

14  AIMEE AQUITANIA,                    **Case No.  CV-18-9215-CBM (SSx)**

15          Plaintiff,

16      v.

17
    BANK OF AMERICA, N.A.,
18
            Defendant.
19

20

21
            **NOTICE IS HEREBY GIVEN** that Plaintiff Aimee Aquitania and Defendant Bank
22
    of America, N.A., have settled all claims between them in this matter.  The parties are in the
23
    process of completing the final settlement documents and Plaintiff expects to file a
24
25  Stipulation of Dismissal with Prejudice within the next sixty (60) days.

26          Plaintiff requests the Court to vacate any pending deadlines in this matter. The
27
    Plaintiff further requests that the Court retain jurisdiction for any matters related to
28

- 1 -

NOTICE OF SETTLEMENT

1 | completing and/or enforcing the settlement.

3 | RESPECTFULLY SUBMITTED

4 |
5 | By:/s/ *Brian Brazier*
Brian Brazier
PRICE LAW GROUP, APC
6 | *Attorneys for Plaintiff*
*Aimee Aquitania*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Maria Marsceill*