1  Brian Brazier, Esq. (SBN: 245004)
   brian@pricelawgroup.com
2  **Price Law Group, APC**
   8245 N 85th Way
3  Scottsdale, AZ 85258
   T: (818) 600-5564
4  F: (818) 600-5464

5  L.Tegan Rodkey, Esq. (SBN: 275830)
   tegan@pricelawgroup.com
6  **Price Law Group, APC**
   6345 Balboa Blvd., Suite 247
7  Encino, CA 91316
   T: (818) 600-5526
8  F: (818) 600-5426

9  *Attorneys for Plaintiff Aimee Aquitania*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE AQUITANIA,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. CV-18-9215-CBM (SSx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Aimee Aquitania, by and through her attorneys Price Law Group, APC., and Defendant Bank of America, N.A., by and through its attorneys hereby stipulate to dismiss Plaintiff's claims against Bank of America, N.A. with prejudice, pursuant to Rule 41(a)(2), with each party to bear its own costs and attorneys' fees.

- 1 -

STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| Dated: March 25, 2019 | | PRICE LAW GROUP, APC |
| | | By:/s/ *Brian Brazier*<br>Brian Brazier<br>brian@pricelawgroup.com<br>*Attorneys for Plaintiff*<br>*Aimee Aquitania* |
| Dated: March 25, 2019 | | MCGUIREWOODS LLP |
| | | By:*/s/ Ethan Schatz*<br>Ethan Schatz<br>eschatz@mcguirewoods.com<br>*Attorneys for Defendant*<br>*Bank of America, N.A* |

## **ATTESTATION OF SIGNATURE:**

Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I, Brian Brazier, hereby attests that concurrence in the filing of this document and its content has been obtained by Ethan Schatz.

DATED: March 25, 2019     */s/Brian Brazier*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Maria Marsceill*