# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE AQUITANIA,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. CV-18-9215-CBM (SSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [JS-6]** |

Upon review of the Stipulation for Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by Plaintiff Aimee Aquitania and Defendant Bank of America, N.A., and good cause appearing,

**IT IS ORDERED** that the Stipulation is GRANTED. The above entitled matter is hereby dismissed in its entirety, with prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: MARCH 26, 2019

_____
Honorable Consuelo B. Marshall
United States District Judge